IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BANK OF THE OZARKS                                          PLAINTIFF

VS.                          NO. 4:08CV00334

HOUSING AUTHORITY OF THE CITY
OF LITTLE ROCK, ARKANSAS;
NEIGHBORHOOD BUILDERS, INC.
(Formerly Little Rock Housing
Redevelopment, Inc.); and
MADISON HEIGHTS II, L.P.                                    DEFENDANTS


NEIGHBORHOOD BUILDERS, INC.                                 CROSS CLAIMANT

VS.

HOUSING AUTHORITY OF THE
CITY OF LITTLE ROCK, and
MADISON HEIGHTS II, L.P.                                    CROSS RESPONDENTS


HOUSING AUTHORITY OF THE
CITY OF LITTLE ROCK, ARKANSAS                               PLAINTIFF

VS.

NEIGHBORHOOD BUILDERS, INC.;
and IN REM $52,776                                          DEFENDANTS

## ORDER

Pending is the motion to strike filed on behalf of L. Lee Jones, Wooten Epes, Calvin Scribner and John Toney. (Docket # 12). The Housing Authority of the City of Little Rock has responded. For good cause shown, the motion is GRANTED. L. Lee Jones, Wooten Epes, Calvin Scribner and John Toney are hereby stricken from the list of defendants named in the Response of the Housing Authority filed at docket entry #5 and their names removed from the

style of this matter.

      IT IS SO ORDERED this 25th day of April, 2008.

                                                         _____
                                                         James M. Moody
                                                         United States District Judge