IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| BANK OF THE OZARKS | PETITIONER |
| VS.   NO. 4:08CV00334 | |
| HOUSING AUTHORITY OF THE CITY OF LITTLE ROCK, ARKANSAS; NEIGHBORHOOD BUILDERS, INC. (Formerly Little Rock Housing Redevelopment, Inc.); and MADISON HEIGHTS II, L.P. | RESPONDENTS |
| NEIGHBORHOOD BUILDERS, INC. | CROSS PLAINTIFF |
| VS. | |
| HOUSING AUTHORITY OF THE CITY OF LITTLE ROCK, and MADISON HEIGHTS II, L.P. | CROSS DEFENDANTS |
| HOUSING AUTHORITY OF THE CITY OF LITTLE ROCK, ARKANSAS | CROSS PLAINTIFF |
| VS. | |
| NEIGHBORHOOD BUILDERS, INC. | CROSS DEFENDANT |

**ORDER**

Pursuant to the joint stipulation of dismissal filed herein, this case is hereby dismissed with prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 10th day of August, 2009.

_____
James M. Moody
United States District Judge